# AFFIDAVIT

I, Wilford L. Abner, being duly sworn, depose and say,

1. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI") in Panama City, Florida and am authorized under federal law to investigate and make arrests for violations of Title 8, Title 18, Title 19, and Title 21. I have been employed with HSI since approximately May 2010. From approximately April 2009 to approximately May 2010, I was a special agent for the Department of Homeland Security, Federal Protective Service, in Miami, Florida, assigned to the Federal Bureau of Investigations, Joint Terrorism Task Force. From approximately April 2007 to April 2009, I was a Senior Operational Specialist with the United States Army, Asymmetric Warfare Group. As a Senior Operational Specialist, I was responsible to provide subject matter expertise to United States Army Commanders, as well as Joint Force Commanders, on issues related to law enforcement and the investigative process. From approximately October 2005 to April 2007, I was a special agent for the Department of Homeland Security, Federal Protective Service, in Philadelphia, Pennsylvania, responsible for investigating violations of Title 18 of the United States Code. I have received extensive training and experience concerning investigations of federal laws. In connection with my duties and responsibilities as a federal law enforcement officer, I have frequently testified in judicial proceedings and prosecutions for violations of federal laws.

2. The information contained in this Affidavit is based on my personal knowledge, as well as conversations with and review of reports prepared by Homeland

Rec'd0429'14UsDcFln5PM0226

Security Investigations agents, and other law enforcement agents and officers. Since this Affidavit is being submitted for the limited purposes of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

3. This Affidavit is made for the purpose of establishing probable cause in support of a Criminal Complaint, charging Robert Leesean Williams with violating Title 18, United States Code, Sections 2252A(a)(2) and (a)(5).

## INVESTIGATION

4. On October 17, 2013, HSI/RAC Panama City Agents, assisted by HSI/RAC/Pensacola Agents, and members of the North Florida Internet Crimes Against Children Task Force executed a search warrant at XXXX Lake Drive, Unit XX, Panama City, Florida. At the time of entry, two individuals (hereinafter referred to as Indivdiuals "A" and "B") were in the apartment and agreed to answer questions. Individual "A" stated that prior to residing at XXXX Lake Drive, Unit XX, Panama City, Florida, he and Individual "B" resided at XXX Sims Avenue, Apartment X, Callaway, Florida. While residing at XXX Sims Avenue, Apartment X, Callaway, Florida, Robert Leesean Williams ("Williams") resided at XXX Sims Avenue, Apartment X, Callaway, Florida. Indivdiual "A" stated that Williams would come over to his and Individual B's apartment and utilize their computers to download movies onto his personal USB thumb drive (black in color) and also to his personal external hard drive. Individuals "A" and "B" denied ever viewing or possessing child pornography. However, they stated that Williams

was currently incarcerated at the Bay County Jail on alleged child molestation charges.[1] Individual "A" further explained that at the time of his arrest, Williams had moved to XXXX Lake Drive, Unit XX, Panama City, Florida, where he was residing with his girlfriend, hereinafter referred to as Individual "C".

5. At approximately 7:30 a.m., Individual "C" was observed exiting XXXX Lake Drive, Unit XX, Panama City, Florida, walking her five year old daughter to the bus. At this time Detective Chris Wilkinson, Pensacola Police Department approached Individual "C" and informed her of the investigation that was currently being conducted. Detective Wilkinson asked Individual "C" if she owned any computers, and she stated that she had one computer (HP Pavilion) that she and her boyfriend (Williams) use. Individual "C" further explained that her wireless Internet signal was password protected and that she and Williams were the only two people that have/had access to it and the HP Pavilion computer. Individual "C" acknowledged that she and Williams resided at XXX Sims Avenue, Apartment X, Callaway, Florida prior to moving to this address. Individual "C" further acknowledged that while residing at XXX Sims Avenue, Apartment X, Callaway, Florida, Williams did use Individual "A's" computer to download movies.

6. Individual "C" subsequently signed a Department of Homeland Security U.S. Immigration and Customs Enforcement Consent to Search form granting law enforcement permission to search her HP Pavilion Laptop, serial number 00196-196-813-320. During a cursory search of the HP Pavilion, Detective Wilkinson observed a folder

---

[1] Williams is currently charged in a four-count information with Lewd and Lacivious Molestation, case number 13002905CFMA, in and for the Circuit Court, 14th Judicial Circuit, Bay County, Florida.

titled "YouTube downloader\Cracks\Phone Pics," which contained videos appearing to depict child pornography.

7. Later that same day, October 17, 2013, HSI Agent Nancy Andrews obtained a search warrant for the HP Pavilion computer seized from Individual "C's" apartment.

8. The HP Pavilion computer was submitted for forensic analysis. On or about January 24, 2014, Special Agent Mark Henych, Computer Forensic Agent, issued a final report detailing the computer forensics examination of HP Pavilion laptop computer, serial number 00196-196-813-320. The following is a synopsis of the findings:

a) Based upon a computer forensic examination of the allocated and unallocated space, a number of child pornography graphics files (<u>in excess of 13,000</u>), and child pornography videos files (<u>in excess of 350</u>) were located/removed from this system (primarily from the WILLIAMS FAMILY computer user account). The graphics and video files with forensic attributes indicate they were modified, accessed or created (MAC attributes) between 06/16/2013 and 08/11/2013. This computer system has forensics artifacts indicating that the WILLIAMS FAMILY computer user account accessed files with naming conventions consistent with child pornography in excess of 1,100 times between the dates of approximately 06/18/2013 and 09/06/2013. A number of thumbcache files, <u>193</u>, were recovered from the WILLIAMS FAMILY computer user account. The computer system has both Bit Che and uTorrent file artifacts located

thereon, and also numerous artifacts which are consistent with torrent files related to child pornography, as well as folder structures (and contents) named in the AWE PTHC VIDEOS file torrent. Lastly, forensic artifacts were located indicating this system's WILLIAMS FAMILY computer user account, in a previous operating system installation, configured the system's firewall in a manner so as to allow uTorrent (a torrent program) to access the Internet via both TCP and UDP.

9. On February 25, 2014, HSI agents received a report from the National Center for Missing and Exploited Children (NCMEC), which summarized the number of files identified when compared to the NCMEC's Child Recognition and Identification System (CRIS):

| | |
|---|---|
| Date Entered: | 12/24/2013 |
| Case #: | PS07QS13PS0026 |
| # of Image Files Identified: | 3,444 |
| # of Video Files Identified: | 0 |
| Total # of Series Identified: | 56 |

## CONCLUSION

10. Based upon all of the information set forth in this Affidavit, there is probable cause to believe that beginning on or about June 16, 2013, through September 6, 2013, Robert Leesean Williams knowingly received, distributed, and possessed images and videos of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (a)(5).

Further your Affiant sayeth not.

Wilford L. Abner
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me,
this 29 day of April, 2014.

LARRY A. BODIFORD
U.S. Magistrate Judge
Northern District of Florida