UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

v.

CASE NUMBER: 5:14-mj-00026-LB

ROBERT LEESEAN WILLIAMS,

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

Between on or about June 16, 2013, through September 6, 2013, in the Northern District of Florida, the Defendant,

> knowingly received, distributed, and possessed images and videos of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and (a)(5).

I further state that I am a Special Agent with Homeland Security Investigations, and that this Complaint is based upon the following facts:

SEE ATTACHED AFFIDAVIT,

Continued on the attached sheet and made a part hereof: X Yes ___ No

Wilford L. Abner
Homeland Security Investigations, Special Agent

Sworn to before me and subscribed in my presence, on April 29, 2014 at Panama City, Florida.

LARRY A. BODIFORD
U.S. Magistrate Judge

Rec'd042914UsDcFlnSPM0226