IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


United states of America ,

᠁.   Plaintiff,

                                              Case No : 5:14-CR-10-RH-HTC
VS


Robert Leesean Williams,
      Defendant.

_____/


REPLY TO THE GOVERNMENT'S RESPONSE TO DOCUMENT 147 OF
DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE UNDER 18
U.S.C.§3582(C)(1)(A), OR IN ALTERNATIVELY REDUCE THE
DEFENDANT'S A SENTENCE TO A TERM OF IMPRISONMENT .

_____

Comes now Defendant's , Robert Williams , Pro Se, and respectfully
moves this Honorable Court to grant motion for compassionate release ,or
in alternatively reduce the defendant's sentence for less Term of Impri-
sonment pursuant to 18 U.S.C.§3582(c)and U.S.S.G.§§1B1.13 and 1B1.10

because the undersigned Assistant United States Attorney  Lennard B.
register,III , failed to applied the arguments based on the new changed
of the law in light of Amendments 814, 821, 825 and 841. also for the
reasons set forth below, the court should grant the motion of reduction
of sentence .


1. Mr. Williams  rleies on the Amendment 814 for compassionate release
as responds to the first step act of 2018.  This Amendment 814 revises
§1B1.13 and 1B1.10 to reflect that a defendant is authorized to file a
motion for compassionate release , making 1B1.13 applicable to motion
for compassionate release defendant filed by the BOP . As Outlined below
the amendment also expands the list of "Extraordinary and compelling
reasons" for compassionate release in the five ways : (1)adds " medical

FILED USDC FLND PN
  FEB 18 '25 AM 11:10

1

circumstancs " subcategories ; (2) modifies the " family circumstancs" category ; (3) adds a " vitim of abuse" category, (4) revises the " other reasons " category ; and (5) add an " Unusually long Sentence of 10 years" category , permitting consideration of non-retroactive/retroactive changes in law in a limited set of circumstances . See https://WWW.USSC.GOV/GUIDELINES/AMENDMENT/814.

The Assitant United States Attroney (Lennard B. Register , III) misleading the court with old statute of interpetation under Johnson, 803 F.3d at 618, accord United States V. Fox, 926 F.3d 1275, 1282 (11th Cir. 2019) to avoid the respond regarding the New changes in the law based on the Amendement 814 . Mr William argument relies on the new statute of intrepretation of Unsually Long Sentence and he been served over 10 years imprisonment . The AUSA Register III , failed to respond to Mr. Williams Claim .

2. The AUSA Reigister III, failed to respond to Mr. Williams claim of degress 2 to 4 level because his sentence enhancement regargding the offense perpertated against minors . See the Amendment 814, and 821 was applies retroactive to Mr. Williams case and he was intitled for reduction of sentence .

3. The AUSA Reigister III, understanding the state of florida dissmis the charges against mr. williams , but he refuse to degress his enhance-ment 2 level because Mr. Williams was sentence to the high end of his Guidelines range of 235-months . Mr. Williams should not be enhance for 2-level based on case was dissmis . The AUSA failed to address the claim and misleading the court hoping this court trun there eyes to the older compassionate release and determine the claim with out addressing the new change in law regarding the amendment 814 , 821, 825 and 841 . If Mr. Williams sentence toady shauld be recieved less then 235-months because the State of Florida case was dissmis and shall not be part of two point enhancement as the PSI .

4. The AUSA Reigister III, failed to respond to the incressing Mr. Williams Sentence with extra One Point by using enhancement of a Juvenile adjudication recored also was erroneously to his sentence and weighing on his reduction of sentence under U.S.C.§3553(a)./

2

5. The AUSA , Also failed to respond on Mr. Williams has been served over 10  years sentence and his case was intervening to be reviewed based on the chang in the law Amendment 814, 821, 825 and 841 based on incorrect PSR and should be recieved shorter sentence if he was sentence today . Also the AUSA failed to address the rehabilitation of achievement effort in support motion for reduction , or the plan release . Defendant's Williams has been urging this court to reduce his sentence to a time served and enter a amended judgement refectind said change in the defendant's sentence , or Alternatively reduce the sentence to a less term of imprisonment regarding the retroactive and non-retroactive Amendment 814,821, 825, and 841 by degressing his sentence for less enhancement level.

Wherefore , based on the AUSA failure to respond on Mr. Williams claim /argument and authorities Mr. William's requesting for a hearing to correct the PSI and reduce the level of enhancement based on the New amendement  and granding reduction of sentence or reduce his  sentence to time served .

Date: February 10. 2025.

/V/ Robert Leesean William

Inmate Name: Robert Williams
Register Number: 22943-017
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

2/9/25

FOREVER / U

1 FEB 2025

BWF

U.S. District Court
Clerk's Office
ONE N. Palafox St.
Pensacola, Fl 32502

Legal Mail